470 F. 2d 1393

UNITED STATES *v.* C. J. TOWER & SONS OF BUFFALO, INC. (No. 5439, C.A.D. 1079)

United States Court of Customs and Patent Appeals, April 19, 1973

PER CURIAM.

Our opinion of December 29, 1972, is modified to the extent that a new footnote is added at the end of the penultimate sentence thereof. That sentence and the footnote now read as follows:

The appeal is remanded to the Customs Court for further proceeding consistent with this opinion.[5]

Appellant's petition for rehearing is denied.

---

[5] Naturally such proceedings should include correction of any arithmetical errors which may have occurred in its previous calculations.